```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

JAMES CARAWAY,                          *

       Plaintiff,              *

vs.                                     *

                                             CASE NO. 3:08-CV-61 (CDL)

Sheriff JOE CHAPMAN, et al.,            *

       Defendants.             *

_____          *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on August 5, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 14th day of October, 2008.

                                                     S/Clay D. Land
                                                        CLAY D. LAND
                                                   UNITED STATES DISTRICT JUDGE