IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JAMES CARAWAY, | * | |
|     Plaintiff | * | |
| vs. | * | |
| | | CASE NO. 3:08-CV-61 (CDL) |
| JOE CHAPMAN, | * | |
|     Defendant | * | |

ORDER ON RECOMMENDATION

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on June 12, 2009 in which the Magistrate recommended denial of Defendants' motion to dismiss. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 4th day of August, 2009.

                                             S/Clay D. Land
                                              CLAY D. LAND
                            UNITED STATES DISTRICT JUDGE