```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION


JAMES CARAWAY,                      *

        Plaintiff,                  *

vs.                                 *
                                         CASE NO. 3:08-CV-61 (CDL)
JOE CHAPMAN and TEION McKNIGHT,     *

        Defendants.                 *
```

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 4, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff, which he has entitled, "Plaintiff's Motion to Compel to Order and Recommendations," have been considered and are found to be without merit. Plaintiff also filed a Motion for Appointment of Counsel which is hereby denied.

IT IS SO ORDERED, this 18th day of March, 2010.

```
                         S/Clay D. Land
                           CLAY D. LAND
                    UNITED STATES DISTRICT JUDGE
```